NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-530

LYNZIE M. BOUDREAUX

VERSUS

HARVEY D. LASAGE, ET AL.

**********

APPEAL FROM THE
THIRTY-FIRST JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON DAVIS, NO. C-305-04
HONORABLE WENDELL R. MILLER, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Jimmie C. Peters, Marc T. Amy, and Elizabeth A. Pickett, Judges.

AFFIRMED AS AMENDED.

J. Lomax Jordan, Jr.
Attorney at Law
P. O. Box 4321
Lafayette, LA 70502
Counsel for Plaintiff/Appellant:
    Lynzie M. Boudreaux

James L. Pate
Angela B. Odinet
Laborde & Neuner
P.O. Box 52828
Lafayette, LA 70505-2828
Counsel for Defendants/Appellees:
Jefferson Davis Parish School Board
Harvey D. LaSage
Tommy Smith and
Cliff Friedman

Michael Cade Cassidy
District Attorney - 31st JDC
P. O. Box 1388
Jennings, LA 70546
Counsel for Defendants/ Appellees:
Jefferson Davis Parish School Board
Harvey D. Lasage
Tommy Smith and
Cliff Friedman